UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 15, 2005

No. 05-4337
CR-02-37

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ERIC ANTHONY WIMBUSH, a/k/a E from DC

    Defendant - Appellant



---
O R D E R
---

    The court reporter, Cheryl Nuccio, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

    The Court extends the time for filing the transcript, without sanctions, to 8/8/05. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 9/7/05.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK