# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CRIMINAL DOCKET NO.: 5:02CR37-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ERIC WIMBUSH, ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on Defendant's "Motion For Release Of Sealed Material (PreSentence Reports)," filed September 19, 2005.

Defendant, through counsel, seeks authorization for release of certain non-public materials in order to prosecute Defendant's appeal of his conviction and sentence in the Fourth Circuit Court of Appeals. Upon a showing of good cause, the motion will be granted.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion For Release Of Sealed Material is hereby **GRANTED.** Accordingly, U.S. Probation is authorized to release a copy of the Defendant Wimbush's Pre-Sentence Report to Appellate Attorney Walter H. Paramore, III;

2) The Deputy Clerk is directed to forward a copy of this Order to the Defendant's Appellate Counsel, U.S. Attorney, and U.S. Probation Department.

**Signed: September 22, 2005**

Richard L. Voorhees
United States District Judge